# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **AUGUSTUS LARRY LUNDY,** ] | |
| ] | |
| Petitioner, ] | |
| ] | |
| vs. ] | |
| ] | 2:10-cv-357-LSC |
| **BILLY MITCHEM, Warden, and** ] | |
| **The ATTORNEY GENERAL OF** ] | |
| **THE STATE OF ALABAMA,** ] | |
| | |
| Respondents. | |

## MEMORANDUM OPINION

The magistrate judge filed a report in this case on July 27, 2011, recommending that Mr. Lundy's petition for a writ of habeas corpus be denied and this cause be dismissed with prejudice. (Doc. 10.) Petitioner filed an objection on August 4, 2011. (Doc. 12.) In his objection, Petitioner reiterates the same assertions made in his petition, but fails to allege any additional facts to support his claims.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objection filed by the plaintiff, the Court hereby ADOPTS the magistrate

judge's report and ACCEPTS his recommendation. In accordance with the recommendation, the petition for a writ of habeas corpus is dismissed with prejudice.  A Final Judgment will be entered.

Done this 21st day of September 2011.

                                                    *[signature]*
                                              L. SCOTT COOGLER
                                      UNITED STATES DISTRICT JUDGE
                                                                     167458